ENCYCLOPEDIA PRESS, INC., Respondent, *v.* ENDICOTT-JOHNSON CORPORATION, Appellant.

*Garnishment — constitutional law — validity of statute permitting garnishment of wages.*

*Encyclopedia Press, Inc.,* v. *Endicott-Johnson Corpn.,* 200 App. Div. 847, affirmed.

(Argued November 29, 1922; decided December 15, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 3, 1922, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover judgment from the defendant for the sum of $88.91, with interest and costs, claimed to be due from the defendant to the plaintiff because of failure of the defendant to pay over to the sheriff of Broome county ten per cent of the wages of Joseph W. Minehan as directed in a garnishee execution issued under the provisions of section 1391 of the Code of Civil Procedure and served upon the defendant in respect to an action in which the plaintiff herein had recovered a judgment against the said Joseph W. Minehan. The defenses set up by the answer were that the papers upon which the garnishee execution was issued were insufficient; that the law is unauthorized and in derogation of the common law; that the law is void as against public policy; that the law is unconstitutional in that it deprives the judgment debtor of his property without due process of law and without notice, and that the law is subversive of contracts between employer and employee, and is inequitable in its operation.

*Maurice E. Page* and *Bruce L. Babcock* for appellant.

*Thomas B. Merchant* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.